UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLYANN MCKENZIE,

                          Plaintiff,

            - against -

PERRIGO,

                          Defendant.

**ORDER**

22-CV-08720 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, on September 14, 2023, denied Defendant's motion to dismiss and directed Defendant to file an Answer to the Second Amended Complaint within 14 days of the Opinion & Order. (Doc. 31). The Answer was, accordingly, due by September 28, 2023. To date, Defendant has not filed an Answer or requested an extension of time to do so.

The time for Defendant to file an Answer is extended *sua sponte* to October 12, 2023. Defendant is warned that the failure to file an Answer or otherwise defend this action may result in the entry of default judgment against it.

**SO ORDERED.**

Dated:   White Plains, New York
         October 5, 2023

_____
PHILIP M. HALPERN
United States District Judge