**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

KELLYANN MCKENZIE,

Plaintiff,

22 **CIVIL** 8720 (AEK)

-against-

**JUDGMENT**

PERRIGO,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated August 25, 2026, Defendant's motion for summary judgment is GRANTED. Accordingly, judgment is entered in favor of Defendant and this case is closed.

**Dated:** New York, New York

August 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**